# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 18, 2013

## NO. 03-12-00734-CV

**Donna Hopper, Individually and as Surviving Spouse and on behalf of the Estate of Robert Hopper, and as Guardian of Dylon Hopper and Fallon Hopper; Keegan Hopper; Justin Hopper; and Trevor Hopper, Appellants**

**v.**

**Argonaut Insurance Company and Kimberly Barrett, Adjuster, Appellees**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's judgment is in all things affirmed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.